Douglas Canas

                              Plaintiff,

v.                                                         Case No.: 1:20−cv−04937
                                                        Honorable John Robert Blakey

Smithfield Packaged Meats Corp.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 7, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Preliminary settlement discussion held both jointly and separately with the parties by telephone. The Court will allow Defendant some additional time to confer with its client before responding to the Court's question posed during the private session. Preliminary settlement call with Defendant's counsel only set for 1/14/21 at 10:00 a.m. Lead counsel is instructed to promptly call into the Court's conference call−in number at (888) 684−8852, and use Access Code 7354516. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.